# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY SCHLIESER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SUNRISE SENIOR LIVING MANAGEMENT, INC., a Virginia Corporation; JENNIFER MUNOZ, an individual; and DOES 1-50, Inclusive,<br><br>Defendants. | CASE NO. 8:19-cv-00517 JAK (PLAx)<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>Complaint Filed: January 11, 2019<br>Date Of Removal: March 6, 2019 |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: __January 2__, 2020

_____
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE